UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| GREG WILSON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-cv-14-JHM |
| | ) | |
| CPB FOODS, LLC, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION TO STAY LITIGATION AND COMPEL ARBITRATION**

Defendant, CPB Foods, LLC ("Defendant" or "CPB Foods"), by counsel, moves the Court to Stay Litigation and Compel Arbitration in the above-captioned matter. Pursuant to §§ 3 and 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, *et seq.*, CPB Foods respectfully requests that this Court require Plaintiff to arbitrate the claims asserted in this lawsuit. Moreover, because Plaintiff agreed to arbitrate his claims against CPB Foods, Defendant requests that this Court stay the current proceedings pending resolution of the arbitration of the Plaintiff's claims pursuant to § 3 of the FAA

A Memorandum in Support of its Motion to Stay Litigation and Compel Arbitration is attached hereto.

Respectfully submitted,

/s/Loren T. Prizant
Mark S. Fenzel
Loren T. Prizant
Katherine T. Reisz
MIDDLETON REUTLINGER
401 S. Fourth Street, Suite 2600
Louisville, Kentucky 40202
(502) 584-1135
(502) 561-0442 (fax)
mfenzel@middletonlaw.com
lprizant@middletonlaw.com
kreisz@middletonlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2018, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and that it was served upon the following by the CM/ECF system and email:

Jill M. Guarascio
Guarascio Law Group
125 Chenoweth Lane
Suite 201
Louisville, KY 40207
502-895-1517
jill@guarasciolawgroup.com
*Counsel for Plaintiff*


/s/ Loren T. Prizant
Counsel for Defendant